COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name: Zachary J. Williams v. Max B. Mutia

Appellate case number: 01-19-00340-CV

Trial court case number: 15-DCV-227230

Trial court:   434th District Court of Fort Bend County

  This Court's October 15, 2019 memorandum opinion dismissed this case for nonpayment of all required fees. The same day, appellant, Zachary J. Williams, filed a motion for rehearing. Appellant paid the required fees on December 4, 2019. On December 17, 2019, the Court requested a response to appellant's motion from appellee, Max B. Mutia, by January 10, 2020. To date, appellee has not filed a response.

  A majority of the panel has voted to grant appellant's timely motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.3. The panel requests briefing in this case. *See* TEX. R. APP. P. 49.3. Accordingly, the Court **grants** appellant's motion for rehearing. Appellant's brief is due on **February 24, 2020**. *See* TEX. R. APP. P. 38.6(a).

  It is so ORDERED.


Judge's signature:  /s/ Evelyn V. Keyes
       Acting for the Court


Date: January 23, 2020